FILED

JAN 2 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-30008-NJR |
| | ) | |
| SHANTA C. DOSS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Introduction

From 2011 through 2013, **SHANTA C. DOSS** prepared and electronically submitted returns to the Internal Revenue Service for friends and from other referrals. Many of these returns were false in that she electronically filed Schedule "C" forms that inflated or entirely fabricated business income. **SHANTA C. DOSS** knew she was required to disclose to the IRS that she was a paid preparer and to identify herself on the Form 1040. Instead, **SHANTA C. DOSS** concealed her identity by failing to disclose herself as a paid preparer on the Forms 1040. **SHANTA C. DOSS** concealed her identity to evade detection from the IRS because she was operating a tax refund fraud scheme.

### COUNT 1

#### False Claim Against the United States- 2012 Shanta Doss Federal Tax Return

1.      On or about March 21, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

1

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $5,495, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2012, which requested a refund to which the defendant knew she was not entitled.

2.      **SHANTA C. DOSS** falsified her adjusted gross income by omitting self-employment income earned from the preparation of tax returns for other persons.

All in violation of Title 18, United States Code, Section 287.

**COUNT 2**

**False Claim Against the United States - 2011 G.C. Federal Tax Return**

1.      On or about January 31, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,815, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for G.C., which requested a refund to which the defendant knew G.C. was not entitled.

2.      **SHANTA C. DOSS** falsified G.C.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

2

## COUNT 3

### False Claim Against the United States - 2011 A.C. Federal Tax Return

1.      On or about January 31, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $4,010, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for A.C. which requested a refund to which the defendant knew A.C. was not entitled.

2.      **SHANTA C. DOSS** falsified A.C.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

## COUNT 4

### False Claim Against the United States - 2011 A.G. Federal Tax Return

1.      On or about January 29, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $3,111 which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and

causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for A.G. which requested a refund to which the defendant knew A.G. was not entitled.

    2.    **SHANTA C. DOSS** falsified A.G.'s Schedule "C" profit from a business self-employment income.

    All in violation of Title 18, United States Code, Section 287.

**COUNT 5**

**False Claim Against the United States - 2011 R.G. Federal Tax Return**

    1.    On or about February 13, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $4,618, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for R.G., which requested a refund to which the defendant knew R.G. was not entitled.

    2.    **SHANTA C. DOSS** falsified R.G.'s Schedule "C" profit from a business self-employment income.

    All in violation of Title 18, United States Code, Section 287.

**COUNT 6**

**False Claim Against the United States - 2011 D.H. Federal Tax Return**

    1.    On or about February 7, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

4

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,744, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for D.H., which requested a refund to which the defendant knew D.H. was not entitled.

2.      **SHANTA C. DOSS** falsified D.H.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

### COUNT 7

### False Claim Against the United States - 2011 J.J. Federal Tax Return

1.      On or about  January 22, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

### SHANTA C. DOSS,

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $5,584, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for J.J., which requested a refund to which the defendant knew J.J. was not entitled.

2.      **SHANTA C. DOSS** falsified J.J.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

## COUNT 8

### False Claim Against the United States - 2011 M.R. Federal Tax Return

1.      On or about January 25, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,863, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for M.R., which requested a refund to which the defendant knew M.R. was not entitled.

2.      **SHANTA C. DOSS** falsified M.R.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

## COUNT 9

### False Claim Against the United States - 2011 N.T. Federal Tax Return

1.      On or about February 23, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $5,544, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and

causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for N.T., which requested a refund to which the defendant knew N.T. was not entitled.

      2.      **SHANTA C. DOSS** falsified N.T.'s Schedule "C" profit from a business self-employment income.

      All in violation of Title 18, United States Code, Section 287.

## COUNT 10

### False Claim Against the United States - 2011 S.W. Federal Tax Return

      1.      On or about January 25, 2012, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

### SHANTA C. DOSS,

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,809, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011 for S.W., which requested a refund to which the defendant knew S.W. was not entitled.

      2.      **SHANTA C. DOSS** falsified S.W.'s Schedule "C" profit from a business self-employment income.

      All in violation of Title 18, United States Code, Section 287.

## COUNT 11

### False Claim Against the United States - 2012 D.B. Federal Tax Return

      1.      On or about February 17, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

### SHANTA C. DOSS,

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $4,568, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for D.B., which requested a refund to which the defendant knew D.B. was not entitled.

2.      **SHANTA C. DOSS** falsified D.B.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

### COUNT 12

### False Claim Against the United States - 2012 G.C. Federal Tax Return

1.      On or about February 5, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

### SHANTA C. DOSS,

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,757, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for G.C., which requested a refund to which the defendant knew G.C. was not entitled.

2.      **SHANTA C. DOSS** falsified G.C.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

8

## COUNT 13

### False Claim Against the United States - 2012 J.J. Federal Tax Return

1.     On or about January 31, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $5,723, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for J.J., which requested a refund to which the defendant knew J.J. was not entitled.

2.     **SHANTA C. DOSS** falsified J.J.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

## COUNT 14

### False Claim Against the United States - 2012 J.W. Federal Tax Return

1.     On or about February 22, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $5,599, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and

causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for J.W., which requested a refund to which the defendant knew J.W. was not entitled.

2.      **SHANTA C. DOSS** falsified J.W.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

## COUNT 15

### False Claim Against the United States - 2012 L.W. Federal Tax Return

1.      On or about February 24, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**SHANTA C. DOSS,**

defendant herein, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $5,712, which she then and there knew to be false, fictitious, and fraudulent. **SHANTA C. DOSS** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for L.W., which requested a refund to which the defendant knew L.W. was not entitled.

2.      **SHANTA C. DOSS** falsified L.W.'s Schedule "C" profit from a business self-employment income.

All in violation of Title 18, United States Code, Section 287.

## COUNT 16

### False Declarations Before A Federal Grand Jury

1.      On or about September 17, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**SHANTA C. DOSS,**

defendant herein, while under oath and testifying in a proceeding before a federal grand jury for the Southern District of Illinois, knowingly did make a false material declaration.

     2.    At the time and place aforesaid the grand jury was conducting an investigation to determine whether violations of Title 18, United States Code, Section 287 had been committed concerning false claims against the United States through the electronic submission of fraudulent federal tax returns, and to identify the persons who had committed, caused the commission of, and conspired to commit such violations. It was material to the said investigation that the grand jury ascertain if **SHANTA C. DOSS** had falsified information on her client's tax returns and on her tax returns.

     3.    At the time and place alleged, **SHANTA C. DOSS** appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to the material matter alleged in paragraph 2 as follows:

Q.    And do you recognize those names?
A.    Yes, I do.
Q.    All right. And we have this as a partial list of names for people you did returns for the 2010 tax year. And the amount of any wages, Schedule C, their self-employed occupation. And are these accurate, to your knowledge?
A.    To my knowledge, yes.
Q.    All right. So you didn't boost their Schedule C income?
A.    No.

     4.    The aforesaid testimony of **SHANTA C. DOSS**, as she then and there well knew and believed, was false in that, **SHANTA C. DOSS** knowingly prepared false tax returns that falsely inflated or entirely fabricated Schedule C income and had previously on September 16, 2013, admitted to Special Agents of the Internal Revenue Service/Criminal Investigations that she had just made up the numbers on the returns.

    All in violation of Title 18, United States Code, Section 1623.

A TRUE BILL

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $25,000 unsecured.

12